Lena D. Wade, Esq. (SBN 258356)
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
74785 Highway 111, Suite 105
Indian Wells, California 92210
Telephone (760) 322-9240
Facsimile (760) 565-1189
wade@sbemp.com

Attorneys for Defendant RI La Quinta LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>RI LA QUINTA LLC, a Washington limited liability company dba Homewood Suites by Hilton La Quinta,<br><br>Defendant. | Case No.: 5:20-cv-02207-JWH-SP<br><br>**STIPULATION AND ORDER FOR ENTRY OF CONSENT DECREE** |

It is stipulated by and between the undersigned parties by their respective attorneys that:

1. This Court has jurisdiction over each of the parties and venue of this action is proper in the United States District Court for the Central District of California.

2. Plaintiff Theresa Brooke ("Plaintiff") filed this action pursuant to Title III of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§

12181 - 12189 ("ADA") and its implementing regulation, 28 C.F.R. pt. 36, which prohibit discrimination on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation by any private entity that owns, leases (or leases to), or operates any place of public accommodation. 42 U.S.C. § 12182(a); 28 C.F.R. § 36.201(a).

3. The parties consent to the Court's entry of this Stipulation and Order and the entry of the Consent Decree, lodged concurrently, a copy of which is attached as Exhibit 1, without further notice or hearing.

| /s/ Lena D. Wade | /s/ Peter Kristofer Strojnik |
|---|---|
| Lena D. Wade, Esq. | Peter Kristofer Strojnik |
| SBEMP | The Strojnik Law Firm LLC |
| 74785 Highway 111, Suite 105 | Esplanade Center III, Suite III |
| Indian Wells, California 92210 | 2415 East Camelback Road |
| Telephone (760) 322-9240 | Phoenix, Arizona 85016 |
| Facsimile (760) 565-1189 | Telephone (602) 510-9409 |
| wade@sbemp.com | Facsimile (602) 773-0370 |
| | Pstrojniklaew.com |
| Attorney for Defendant RI LA QUINTA LLC | Attorney for Plaintiff Theresa Brooke |
| Dated: December 1, 2020 | Dated: December 1, 2020 |

## **SIGNATURE ATTESTATION**

    I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 1, 2020　　　　　By:/s/ Lena D. Wade
　　　　　　　　　　　　　　　　Lena D. Wade, Esq.
　　　　　　　　　　　　　　　　Attorney for Defendant RI La Quinta LLC

## **ORDER**

**IT IS SO ORDERED.**

**Dated: _____**　　　　　　　_____
　　　　　　　　　　　　　　　　**U.S.D.J.**